# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| M.C.W., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-01506-M |
| BLUE CROSS AND BLUE SHIELD OF TEXAS, | § § § § | |
| Defendant. | § § | |

## ORDER

The parties have advised the Court of a preliminary settlement and are **ORDERED** by December 15, 2023, to file dismissal papers or update the Court on the status of settlement.

**SO ORDERED**.

November 13, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE