IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| M.C.W., | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:22-cv-01506-M |
| BLUE CROSS AND BLUE SHIELD OF TEXAS, | | |
| Defendant. | | |

**ORDER**

The Agreed Motion to Dismiss (ECF No. 73) is **GRANTED** with all claims **DISMISSED WITH PREJUDICE** and each party to bear its own costs and attorney's fees.

**SO ORDERED**.

January 2, 2024.

*[signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE